■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BILLIE JO WEBSTER, Appellant. (Appeal No. 2.) [937 NYS2d 644]—

Same memorandum as in *People v Webster* (91 AD3d 1275 [2012]). Present—Scudder, P.J., Smith, Centra, Lindley and Gorski, JJ.